# United States District Court

## *Southern District of Georgia*

Gordon Kirk Albertson,

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 4:26-cv-00056-CLR

CSP Medical Services, et al.

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated August 10, 2026, Plaintiff's Complaint is dismissed for failing to state any claim upon which relief may be granted. This case stands closed.

Approved by: ______________________
**CHRISTOPHER L. RAY**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**

UNITED STATES COURTS
SOUTHERN DISTRICT OF GEORGIA

08/10/2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*